IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEPHEN B. WAINWRIGHT,

    Petitioner,                         JUDGMENT IN A CIVIL CASE

v.                                   Case No. 13-cv-112-wmc

ERIC D. WILSON,

    Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Stephen B. Wainwright for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 5/14/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |